IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:12-cv-1224 |
| | ) |
| VINCENT L. HERNDON and | ) |
| AMY M. CARTER | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES OF AMERICA'S COMPLAINT

The United States of America, pursuant to 26 U.S.C. § 7401, at the direction of the Attorney General of the United States, with the authorization and sanction of, and at the request of, the Secretary of the Treasury, brings this civil action to reduce to judgment the outstanding federal tax liabilities of Vincent L. Herndon and Amy M. Carter assessed pursuant to 26 U.S.C. § 6672, plus statutory accruals, and complains and alleges that:

1. This Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1331, 1340, and 1345.

2. Venue of this action properly lies in this district pursuant to 28 U.S.C. §§ 1391(b) and 1396.

3. Plaintiff is the United States of America.

4. Defendant, Vincent L. Herndon, resides in Indianapolis, Indiana, within the jurisdiction of this Court.

5. Defendant, Amy M. Carter, resides in Indianapolis, Indiana, within the jurisdiction of this Court.

6. On May 17, 2010, a delegate of the Secretary of the Treasury made assessments against the defendant, Vincent L. Herndon, pursuant to 26 U.S.C. § 6672, as a person responsible for

8918529.1

collecting, truthfully accounting for, and paying over to the Internal Revenue Service the withheld income taxes and F.I.C.A. contributions due from employees of Holcomb & Hoke Manufacturing Co., who willfully failed to collect, truthfully account for, and pay over to the Internal Revenue Service those taxes with respect to the following tax periods in the following amounts:

| Quarterly Tax Period | Assessment Date | Assessment Type | Assessment Amount | Balance due as of 8/27/2012 |
|---|---|---|---|---|
| 09/30/2008 | 5/17/2010 | Trust fund recovery penalty | $51,092.83 | $49,597.23 |
|  | 12/5/2011 | Fees/collection expenses | $28.00 |  |
|  | 12/12/2011 | Fees/collection expenses | $25.00 |  |
| 12/31/2008 | 5/17/2010 | Trust fund recovery penalty | $53,254.13 | $55,918.25 |
| 3/31/2009 | 5/17/2010 | Trust fund recovery penalty | $25,814.69 | $27,299.94 |
|  |  |  | **Total due as of August 27, 2012** | **$132,815.42** |

7. On or about the dates of the tax assessments described in paragraph 6, above, a delegate of the Secretary gave notice of the tax assessments to, and made a demand for payment upon, Vincent L. Herndon.

8. Despite such notice and demand, Vincent L. Herndon has failed, neglected or reused to pay in full the liabilities described in paragraph 6, above.

9. After the application of all abatements, payments, and credits, and the addition of accrued penalties, interest, and costs of collection, Vincent L. Herndon remains indebted to the United States of America for the liabilities described in paragraph 6, above, in the amount of $132,815.42, plus statutory interest and penalties accruing from August 27, 2012, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c).

10. On October 11, 2010, a delegate of the Secretary of the Treasury made assessments against the defendant, Amy M. Carter, pursuant to 26 U.S.C. § 6672, as a person responsible for

collecting, truthfully accounting for, and paying over to the Internal Revenue Service the withheld income taxes and F.I.C.A. contributions due from employees of Holcomb & Hoke Manufacturing Co., who willfully failed to collect, truthfully account for, and pay over to the Internal Revenue Service those taxes with respect to the following tax periods in the following amounts:

| Quarterly Tax Period | Assessment Date | Assessment Type | Assessment Amount | Balance due as of 8/27/2012 |
|---|---|---|---|---|
| 09/30/2008 | 10/11//2010 | Trust fund recovery penalty | $51,092.83 | $48,658.62 |
| 12/31/2008 | 10/11/2010 | Trust fund recovery penalty | $53,254.13 | $54,996.42 |
| 3/31/2009 | 10/11/2010 | Trust fund recovery penalty | $25,814.69 | $26,853.08 |
| | | | **Total due as of August 27, 2012** | **$130,508.12** |

11. On or about the dates of the tax assessments described in paragraph 10, above, a delegate of the Secretary gave notice of the tax assessments to, and made a demand for payment upon, Amy M. Carter.

12. Despite such notice and demand, Amy M. Carter has failed, neglected or reused to pay in full the liabilities described in paragraph 10, above.

13. After the application of all abatements, payments, and credits, and the addition of accrued penalties, interest, and costs of collection, Amy M. Carter remains indebted to the United States of America for the liabilities described in paragraph 10, above, in the amount of $130,508.12, plus statutory interest and penalties accruing from August 27, 2012, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c).

8918529.1

WHEREFORE, the plaintiff United States of America prays that:

A. The Court enter judgment in favor of the United States of America and against defendant Vincent L. Herndon, for the unpaid 26 U.S.C. § 6672 assessments, described in paragraph 6, above, in the amount of $132,815.42, plus statutory additions accruing from August 27, 2012, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

B. The Court enter judgment in favor of the United States of America and against defendant Amy M. Carter, for the unpaid 26 U.S.C. § 6672 assessments, described in paragraph 10, above, in the amount of $130,508.12, plus statutory additions accruing from August 27, 2012, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c);

C. The Court award the United States of America such further relief, including the costs of this action, that the Court deem just and proper.

        Respectfully Submitted,
        KATHRYN KENEALLY
        Assistant Attorney General
        Tax Division, U.S. Department of Justice

        */s/ Laura C. Beckerman*
        LAURA C. BECKERMAN
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6560
        Fax: (202) 514-5238
        Email: Laura.C.Beckerman@usdoj.gov

Local Counsel:

JOSEPH H. HOGSETT
United States Attorney

8918529.1